UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:01-CR-13-1-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| STEVEN W. BELL | ) | |

This matter is before the court on defendant's *pro se* motion filed 21 December 2011. Defendant requests that a two-level sentencing enhancement he received be "removed"; that he immediately be released from incarceration; and that his conviction be expunged. According to the Bureau of Prisons Inmate Locator, available at http://www.bop.gov/iloc2/LocateInmate.jsp, defendant was released from imprisonment on 20 January 2012. In addition, this court cannot order expungement of a conviction except in "exceptional circumstances," Allen v. Webster, 742 F.2d 153, 155 (4th Cir. 1984), which are not present here. Defendant's motion is DENIED.

This 24 February 2012.

W. Earl Britt
Senior U.S. District Judge